PRECEDENTIAL

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 12-3617, 12-3996 and 13-1455

In re: MICHAEL J. PENDLETON,
　　　　　　　　　　　Petitioner in Case No. 12-3617

In re: FRANKLIN X. BAINES,
　　　　　　　　　　　Petitioner in Case No. 12-3996

In re: COREY GRANT,
　　　　　　　　　　　Petitioner in Case No. 13-1455

On Applications for Leave to File a Second or Successive Habeas Petition
pursuant to 28 U.S.C. Section 2244(b)

No. 12-3617 related to W.D. Pa. No. 12-cv-00195
before the Honorable Kim R. Gibson, District Judge and
Honorable Keith A. Pesto, Magistrate Judge

No. 12-3996 related to E.D. Pa. No. 12-cv-05672
before the Honorable Edmund V. Ludwig

No. 13-1455 related to D. N.J. No. 06-cv-05952
before Honorable Harold A. Ackerman

Argued on September 10, 2013
Opinion filed: October 3, 2013

ORDER AMENDING OPINION

It is hereby ordered that the opinion issued on October 3, 2013 is hereby amended to correct the citation to *Miller v. Alabama* appearing in the first line of the opinion. The correct citation is *Miller v. Alabama*, 132 S. Ct. 2455, 2460 (2012).

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date:  November 14, 2013

mlr/cc: Lisa B. Freeland, Esq.
         Rusheen, Esq.
          David R. Fine, Esq.
         Hugh J. Burns, Jr., Esq.
         Thomas W. Dolgenos, Esq.
         Ronald Eisenberg, Esq.
         Bradley S. Bridge, Esq.
         Marsha L. Levick, Esq.
         David B. Glazer, Esq.
         Mark E. Coyne, Esq.
         Steven G. Sanders, Esq.